**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:20-cv-80212-RS**

ANTHONY MODICA, and all
others similarly situated pursuant to
29 U.S.C. §216(b),

    Plaintiff,

vs.

ONE BOCA WEST GROUP LLC, a Florida
limited liability company, and COSTAS
MALTEZOS d/b/a CANNOLI KITCHEN,
an individual

    Defendants,
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, ANTHONY MODICA, hereby notifies this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days to finalize the settlement or for litigation to otherwise resume.

    DATED this **5th** day of **March**, 2020.

                                                   Respectfully Submitted,

                                                   LAW OFFICES OF NOLAN KLEIN
                                                   *Attorneys for Plaintiff*
                                                   5550 Glades Road, Suite 500
                                                   Boca Raton, FL 33431
                                                   PH:    (954) 745-0588

                                            By:  */s/ Nolan K. Klein*
                                                   NOLAN K. KLEIN
                                                   Florida Bar No. 647977
                                                  klein@nklegal.com
                                                  amy@nklegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **5th** day of **March,** 2020.

By: */s/ Nolan K. Klein*
NOLAN K. KLEIN
Florida Bar No. 647977
