UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 20-cv-80212-MATTHEWMAN

ANTHONY MODICA, and all
others similarly situated pursuant to
29 U.S.C. § 216(b),

    Plaintiff,

vs.

ONE BOCA WEST GROUP LLC, a Florida
limited liability company, et al.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve FLSA Settlement and to Dismiss Case with Prejudice ("Joint Motion") [DE 14].

On March 19, 2020, the parties submitted their Confidential Settlement Agreement and Release for *in camera* review. The Court conducted a fairness hearing on March 23, 2020, during which the undersigned heard from Plaintiff's counsel and Defendants' counsel regarding the fairness of the settlement of Plaintiff Anthony Modica's claim alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

The Court has reviewed the Joint Motion, the parties' Confidential Settlement Agreement and Release, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute. Defendants, who have denied liability, have agreed to pay

Plaintiff more than Defendants believe Plaintiff is due under the law. Plaintiff is being paid the full amount he believes he is owed, including all liquidated damages, well prior to the trial date. Both parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable compromise by both sides and is fair and reasonable.

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion to Approve FLSA Settlement and to Dismiss Case with Prejudice [DE 14] is **GRANTED**.

2. The parties' settlement is **APPROVED**.

3. The above-style action is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement, should such enforcement be necessary.

5. The Clerk of Court is directed to CLOSE this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of March, 2020.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge